UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES EHLINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00783-MPB-TAB |
| | ) |
| THE CHILDREN'S BUREAU, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MARCH 27, 2024, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING SETTLEMENT CONFERENCE AND RELATED DEADLINES**

Parties appeared by counsel March 27, 2024, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Plaintiff shall serve an updated settle proposal by April 3, 2024, and Defendant shall serve a response by April 10, 2024. The parties should submit copies of their settlement proposal/response to the Magistrate Judge via email at MJBaker@insd.uscourts.gov.

**This matter is set for a settlement conference at 9 a.m. on May 3, 2024, room #234**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. **Unless excused by order of the Court, clients must appear in-person at the settlement conference along with counsel. With respect to corporate, governmental, and other organizational entities, an authorized client representative with authority to negotiate and communicate a settlement must appear in-person at the settlement conference along with their counsel.** Under no circumstances will counsel of record be deemed to be the proper client representative for settlement purposes. Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must also have a fully authorized settlement representative present at the conference. **All persons entering the**

**United States Courthouse must have photo identification and shall ensure they arrive sufficiently in advance of the conference to account for security screening measures.**

Client representatives for all parties must have final settlement authority without consulting someone else who is not present.  This means that parties should not need or expect to contact others, who are not present at the conference, to discuss or modify settlement authority.  If such a person exists who would need to be consulted, that party must be present at the settlement conference.  The Court recognizes that for some corporate and governmental entities, and a limited number of other organizational entities with multi-layered approval procedures, additional approvals may be required to formally approve a settlement.  However, parties and their counsel in these limited situations must exercise all possible good faith efforts to ensure that the representative(s) present at the settlement conference provides the maximum feasible authority and the best possible opportunity to resolve the case.  No other persons are permitted to attend the settlement conference without leave of Court.

**Three business days before the scheduled conference, the parties shall submit (not file) to the Magistrate Judge a confidential settlement statement** setting forth a <u>brief</u> statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; and (3) any pending or anticipated dispositive or other substantive motions.  **The confidential settlement statement should not exceed five, double-spaced pages, and submission of exhibits should be kept to a minimum.** Counsel may submit confidential settlement statements to the undersigned via mail, fax (317-229-3664) or email (MJBaker@insd.uscourts.gov).

A request to vacate or continue the settlement conference or otherwise depart from this order shall be done by motion filed with the Court **two weeks** prior to the conference, except in exigent circumstances. Such motion will be granted only for good cause. Failure to comply with any of the provisions in this order may result in sanctions.

Date: 3/28/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email