UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES EHLINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00783-MPB-TAB |
| | ) |
| THE CHILDREN'S BUREAU, INC., d/b/a | ) |
| Firefly Children & Family Alliance, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT STIPULATION AND DISMISSING LAWSUIT WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. The parties, by their respective counsel, filed a stipulation dismissing all claims. The stipulation is signed by all parties who have appeared, and the stipulation states that the dismissal is with prejudice.

As the stipulation meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), the case is DISMISSED WITH PREJUDICE, the parties to pay their respective costs and fees without reimbursement.

SO ORDERED.

Dated: June 4, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to:

All ECF-registered counsel of record via email generated by the Court's ECF System.